UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JACI LOVELESS BRASHER** | **CASE NO. 6:24-CV-01046** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **LAFAYETTE BAR ASSOCIATION ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any timely objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, this matter is DISMISSED as frivolous for lack of jurisdiction and/or failure to state a claim upon which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2).

Signed at Lafayette, Louisiana, this 19th day of February, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE